IN THE CIRCUIT COURT OF CRENSHAW COUNTY

OLLIE GODWIN, )
)
    PLAINTIFF, )
)
V. )   CASE NO: CV05-69.80
)
NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, INC., )
ET AL., )
)
    DEFENDANTS. )
)

**RECEIVED**

2007 FEB 26  A 11: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE TO CIRCUIT CLERK AND PLAINTIFF ON FILING NOTICE OF REMOVAL

TO:   Circuit Court Clerk of Crenshaw County
P.O. Box 167
Luverne, Alabama 36049

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
P.O. Box 971
Hayneville, Alabama 36040-0971

**YOU ARE HEREBY NOTIFIED** of the filing of a Notice of Removal to the United States District Court for the Middle District of Alabama Northern Division, in the case of <u>Ollie Godwin v. National Union Fire Insurance Company of Pittsburgh, Inc., et al.</u>, being Civil Action Number: CV05-69.80, in the Circuit Court of Crenshaw County, Alabama, in accordance with the provisions of 28 USC §1446. A copy of the Notice of Removal is attached hereto as **Exhibit 1**.

DATED this the 26th day of February, 2007.

*Michelle L. Crunk* (signature)
John W. Dodson (DOD 012)
Michelle L. Crunk (CRU 017)
Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc.

OF COUNSEL:

FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

## CERTIFICATE OF SERVICE

This is to certify that on this the 26th day of February, 2007, a copy of the forgoing document has been served upon counsel for all parties to this proceeding by the following method:

✓     FED-EX

____     mailing the same by first-class United States mail, properly addressed and postage pre-paid

____     hand delivery

____     via facsimile

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
P.O. Box 971
Hayneville, Alabama 36040-0971
*Attorney for Plaintiff*

*Michelle L. Crunk* (signature)
OF COUNSEL

143940