IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | )  CASE NO:  2:07-CV-167-WHA |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, INC., | ) |
| ET AL., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**CONFLICT DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges to evaluate possible disqualification or recusal, the defendant identified as AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc. states that no individuals own its stock.  National Union Fire Insurance Company of Pittsburgh, PA is a wholly owned subsidiary in a chain of wholly owned subsidiaries whose stock is not publicly traded.  However, the ultimate parent company, American International Group, Inc., is publicly traded.

                                                Respectfully submitted,

                                           s/ Michelle L. Crunk                                      .
                                          John W. Dodson (DOD 012)
                                          Michelle L. Crunk (CRU 017)
                                          Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc.

OF COUNSEL:
FERGUSON FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243

## CERTIFICATE OF SERVICE

This is to certify that on this the ___1st___ day of ___March___, 2007 a copy of the foregoing document has been served upon counsel for all parties to this proceeding via EMC/CF e-filing:

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
P.O. Box 971
Hayneville, Alabama  36040-0971

                                              s/ Michelle L. Crunk                           .
                                              OF COUNSEL

144121