IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 2:07cv167-WHA |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, INC., ) | |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

## JOINT STATUS REPORT

COME NOW the Defendant National Union Fire Insurance of Pittsburgh, PA and the Plaintiff Ollie Godwin to report to the Court on the status of the above-styled case.

1. This case was previously assigned to Magistrate Judge Susan Russ Walker.

2. The scheduling order entered by Magistrate Walker, a copy of which is attached hereto as Exhibit A, set forth the following deadlines:

   | | |
   |---|---|
   | defendant's expert disclosure deadline – | September 1, 2006 |
   | dispositive motion deadline – | October 6, 2006 |
   | face-to-face settlement conference – | October 27, 2006 |
   | discovery deadline – | November 3, 2006 |
   | witness list exchange – | December 12, 2006 |
   | **pretrial hearing –** | **January 2, 2007** |
   | **document identification –** | **January 19, 2007** |
   | **exhibit exchange –** | **January 19, 2007** |
   | **objection deadline –** | **January 26, 2007** |
   | **trial during term of court commencing –** | **February 26, 2007** |

3. When the case was remanded on December 15, 2006, many of the above deadlines had passed. Only those deadlines highlighted above had yet to expire.

4. Also pursuant to the scheduling order, the Defendant filed a Motion for Summary Judgment (document 23)[1]. The Plaintiff filed a Response to the Motion for Summary Judgment (document 32), the Defendant filed a Reply to Plaintiff's Response and a Motion to Strike (document 34), the Plaintiff filed a Response to the Motion to Strike (document 36) and the Defendant filed a Reply to Plaintiff's Response to the Motion to Strike (document 42). All that remains before the court are these motions.

5. The only deadlines needed in this case are dates for hearing the above motions and dates for pretrial hearing, document identification, exhibit exchange, objection deadline, and trial.

6. The Plaintiff does not intend to dispute the removal of this case and submits to the jurisdiction of this Court.

Respectfully submitted,

/s/ Michelle L. Crunk
John W. Dodson          (DOD012)
Michelle L. Crunk       (CRU017)
*Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc.*

OF COUNSEL:
**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Post Office Box 430189
Birmingham, Alabama 35243-0189
205-879-8722 - phone
205-879-8831 - fax

/s/Arlene M. Richardson
Arlene M. Richardson    (RIC045)
*Attorney for Ollie Godwin*

OF COUNSEL:
**RICHARDSON LEGAL CENTER, LLC**
Post Office Box 971
Hayneville, Alabama 36040-0971
334-548-5008 - phone
334-548-5010 - fax

---

[1] The document numbers in parentheses refer to the CM/ECF document numbers assigned to the motions and responsive filings in the case under its previous civil action number, 2:05cv783-SRW.

2

## CERTIFICATE OF SERVICE

    This is to certify that on this the ___9th___ day of __March__, 2007 a copy of the forgoing document has been served upon counsel for all parties to this proceeding via EMC/CF e-filing:

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
Post Office Box 971
Hayneville, Alabama 36040-0971

                                        /s/ Michelle L. Crunk
                                        OF COUNSEL

144416

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:05cv783-SRW |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, INC., et al., | ) |
| Defendants. | ) |

### ORDER ON MOTION

Upon consideration of the parties joint motion to continue deadlines (Doc. # 19), filed July 14, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. All deadlines requested in the motion shall be in effect upon entry of this order. The pretrial conference is scheduled for January 2, 2007 at 4:15 p.m. This cause is set for trial during the term of court commencing on February 26, 2007 in Montgomery, Alabama.

Done, this 18th day of July, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CASE NO: 2:05-cv-00783-SRW |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | From Circuit Ct. of Crenshaw Co. |
| COMPANY OF PITTSBURGH, INC., ) | Case No: CV05-69 |
| ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

**JOINT MOTION TO CONTINUE DEADLINES IN**
**UNIFORM SCHEDULING ORDER OF DECEMBER 16, 2005**

COME NOW, the Plaintiff and Defendant and move this Court to extend the deadlines as set forth in the Court's Uniform Scheduling Order of December 16, 2005 and as grounds therefore states as follows:

1.  The parties had previously been engaged in settlement negotiations in which the Plaintiff had agreed to withdraw some of the claims alleged in the Complaint.

2.  In reliance on such withdrawal, the parties allowed the expert disclosure deadlines of May 8 and July 3, 2006 to lapse, there being no need to employ experts in the case.

1

3. Since the Plaintiff has now withdrawn his agreement to dismiss some of the claims as set forth in his Complaint, experts are now needed and additional time is needed to prepare this matter for trial, as well.

4. Both parties agree to an extension of the deadlines set forth in the Uniform Scheduling Order of December 16, 2005.

5. Both parties will be prejudiced without such extensions.

6. This is the first request for a continuance by either party.

7. The parties request only a 60-day continuance of each deadline as set forth in the Uniform Scheduling Order of December 16, 2005 and summarized as follows:

| | |
|---|---|
| Section 1 | pretrial hearing – January 2, 2007 |
| | trial during term of court commencing – February 26, 2007 |
| Section 2 | dispositive motion deadline – October 6, 2006 |
| Section 3 | face-to-face settlement conference – October 27, 2006 |
| Section 7 | discovery deadline – November 3, 2006 |
| Section 8 | defendant's expert disclosure deadline – September 1, 2006 |
| Section 9 | witness list exchange – December 12, 2006 |
| Section 10 | document identification – January 19, 2007 |
| Section 11 | exhibit exchange – January 19, 2007 |
| | objection deadline – January 26, 2007. |

WHEREFORE, premises considered, the Plaintiff and Defendant respectfully request that this Court modify its Uniform Scheduling Order of December 16, 2005 to reflect a 60-day extension for each deadline as set forth therein.

| | |
|---|---|
| /s/ Arlene M. Richardson | /s/ Michelle L. Crunk |
| Arlene M. Richardson | John W. Dodson |
| Richardson Legal Center, LLC | Michelle L. Crunk |
| Post Office Box 971 | Ferguson, Frost & Dodson, LLP |
| Hayneville, Alabama 36040 | 2500 Acton Road, Suite 200 |
| *Attorney for Plaintiff* | Birmingham, Alabama 35243 |
| | *Attorney for Defendant* |

### CERTIFICATE OF SERVICE

This is to certify that on this the ___14th___ day of ___July___, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via EMC/CF e-filing:

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
Post Office Box 971
Hayneville, Alabama 36040-0971


/s/ Michelle L. Crunk
OF COUNSEL

133451