IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv167-WHA |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Consent to Jurisdiction by a United States Magistrate Judge (Doc. #6), filed by the parties on March 15, 2007, and for good cause shown, it is hereby

ORDERED that this case is transferred to Magistrate Judge Susan Russ Walker, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), *Fed. R.Civ.P. 73*.

DONE this 20th day of March, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE