IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07cv167-SRW |
| | ) |
| NATIONAL UNION FIRE | ) |
| INSURANCE COMPANY | ) |
| OF PITTSBURGH, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

For good cause, it is

ORDERED that:

1. The pretrial conference is scheduled for 4:00 p.m. on November 13, 2007 in the chambers of the undersigned.

2. This cause is set for trial during the term of court commencing on December 10, 2007 at 10:00 a.m. in Montgomery, Alabama.

3. The parties are to file their proposed voir dire, proposed jury instructions and proposed verdict forms no later than two weeks before jury selection.

4. Each party shall have available at the time of trial, for use by the court and opposing counsel, copies of the list of the exhibits and two extra copies of each photostatically reproducible exhibit. The parties may wish to prepare exhibit books for the jury.

5. Motions in limine, along with supporting briefs, shall be filed not later than two

weeks before jury selection. The court will not entertain motions to exclude or limit evidence thereafter. Responses to motions in limine, with supporting briefs, shall be filed not later than one week before jury selection.

    DONE, this 30th day of March, 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE