IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv167-SRW |
| ) | |
| NATIONAL UNION FIRE ) | |
| INSURANCE COMPANY ) | |
| OF PITTSBURGH, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause, it is

ORDERED that the Clerk of Court shall docket document numbers 23, 32, 34, 36, 41 and 42 from case number 2:05cv783-SRW in this case. These documents shall be treated as filed in this action as of the date of this order.

It is further

ORDERED that the parties are requested to mail or deliver bound and tabbed courtesy copies of their briefs and evidentiary submissions on the motion for summary judgment on or before April 13, 2007, to the court in chambers.

DONE, this 30th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE