# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 30, 2007

# NOTICE OF CORRECTION

**From:  Clerk's Office**


**Case Style:  Godwin v. National Union Fire Insurance Company of Pittsburgh, Inc.**

**Case Number:  2:07cv00167-SRW**


**This Notice of Correction was filed in the referenced case this date to attach the PDF documents of Exhibits 3-5 which were previously omitted.**

**The PDF documents for Exhibits 3-5 are attached to this notice for your review.  Reference is made to document # 10  filed on  March 30, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OLLIE GODWIN,                  )
                                 )
        PLAINTIFF,        )
                                 )
V.                            )    CASE NO: 2:05-cv-00783-SRW
                                 )
NATIONAL UNION FIRE INSURANCE  )    From Circuit Court of Crenshaw County
COMPANY OF PITTSBURGH, INC.,   )    Case No: CV05-69
ET AL.,                     )
                                 )
        DEFENDANTS.    )
                                 )

## DEFENDANT PALOMAR INSURANCE CORPORATION'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION

COMES NOW the defendant, Palomar Insurance Corporation (hereinafter "Palomar"),

by and through counsel and responds to the Plaintiff's First Request for Interrogatories and First

Request for Production as follows:

### GENERAL OBJECTIONS

To the extent possible, Palomar is responding to Plaintiff's interrogatories and
requests for production pursuant to the Federal Rules of Civil Procedure and, in
responding, is interpreting words used by Plaintiff according to their ordinary and
normal meaning.

Palomar objects to Plaintiff's instructions, definitions, interrogatories and requests
for production to the extent they call for the production of information and/or
documents which are protected, in whole or in part, by the attorney-client
privilege, attorney work product doctrine, and/or were prepared in anticipation of
litigation. Palomar also objects to the interrogatories and requests for production
to the extent they request information which is not at issue in this case.

Palomar objects to Plaintiff's interrogatories and requests for production to the
extent they call for information regarding claims handling and/or claims files. Such
information is confidential and proprietary, and Alabama law clearly provides that
Plaintiff is not entitled to information regarding claims files until Plaintiff have
shown that he is entitled to a judgment as a matter of law with [illegible]

breach of contract claim.

Palomar objects to Plaintiff's interrogatories and requests for production to the extent they are immaterial, irrelevant, overly broad, unduly burdensome, vague, ambiguous, not sufficiently limited in scope, and are not reasonably calculated to lead to the discovery of admissible evidence. Palomar limits its production to those documents relating to Plaintiff or the Policy at issue.

In responding to these interrogatories and requests for production, Palomar expressly reserves the right to challenge the relevancy, materiality, admissibility and probative value of the information contained in the responses. Should Plaintiff decide to clarify and/or narrow any of his interrogatories and requests for production based on the factual and liability issues in this case, Palomar will review its objections and, if necessary, provide supplemental responses.

## INTERROGATORIES

1.      Please state the name, address, phone number, title and association to the Defendant Palomar Insurance Corporation, of the person answering these interrogatories.

**RESPONSE:**     **Ms. Sonya Berryman, c/o Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL 35243, 205-879-8722; claims manager.**

2.      Please state, in specific detail, the steps taken to determine the cause of the Plaintiff's injuries of October/November 2004 and October 27, 2004.

**OBJECTION:**     **This request is overly broad, vague and ambiguous. Furthermore, this calls for information beyond the scope of Palomar's knowledge.**

**RESPONSE:**     **Without waiving said objections, Palomar did not undertake an investigation of the causes of the Plaintiff's injuries.**

3.      Please state the title, name, address, phone number, and qualifications of the person who investigated the Plaintiff's claims.

**OBJECTION:**     **This request is overly broad, vague and ambiguous. Furthermore,**

this calls for information beyond the scope of Palomar's knowledge.

**RESPONSE:**     Without waiving said objections, Palomar did not undertake an investigation of the causes of the Plaintiff's injuries.

4.     Please state the specific date and time of the aforementioned investigations.

**OBJECTION:**     This request is overly broad, vague and ambiguous. Furthermore, this calls for information beyond the scope of Palomar's knowledge.

**RESPONSE:**     Without waiving said objections, Palomar did not undertake an investigation of the causes of the Plaintiff's injuries.

5.     Please state the usual and customary procedure that Palomar Insurance uses to investigate and determine whether or not claims are paid.

**OBJECTION:**     This request is overly broad, vague, ambiguous and not reasonably calculated to lead to discovery of admissible evidence.

6.     Please state the specific details as to how Palomar Insurance Corporation came to issue an Occupational Accident policy to Godwin Inc.

**RESPONSE:**     Palomar Insurance Corporation did not issue an Occupational Accident Policy to Godwin Material Services, Inc.

7.     Please state the name, address, and phone number of each and every person who contacted Ollie Godwin and/or Godwin, Inc., in regards to the Plaintiff's claims.

**OBJECTION:**     This request is overly broad, vague and ambiguous. Furthermore, this calls for information beyond the scope of Palomar's knowledge.

**RESPONSE:**     Without waiving said objections, Ms. Sonya Berryman and Ms. Suzanne Adger, both c/o Ferguson, Frost & Dodson, LLP, 2500 Acton Road, Suite 200, Birmingham, AL 35243, 205-879-8722 contacted the

**Plaintiff on behalf of Palomar.**

8.   Have you been advised that your answers are made under oath, and may be used as material testimony in the event of a hearing, and must be updated in writing if your aforementioned responses change?

**RESPONSE:**      Yes.

## REQUEST FOR PRODUCTION

1.   Please produce a copy of the signed policy of insurance issued to Godwin Material Services, Inc.

**RESPONSE:**      **Please see documents attached as Exhibit 1 to Defendant National Union Fire Insurance Company of Pittsburgh, Pa.'s Response to Plaintiff's First Request for Interrogatories and First Request for Production.**

2.   Please produce a copy of your investigator's report in reference to the Plaintiff's claims.

**RESPONSE:**      **Palomar did not undertake an investigation of the causes of the Plaintiff's injuries; consequently, there is no Palomar investigator's report.**

3.   Please produce all documents, reports, pictures, video recordings, witness statements, notes, writings, memorandums, tape recordings of interview with Plaintiff, or any and all other things including, but not limited to, all investigation reports, relating to the Plaintiff's claims of October/November 2003 and October 27, 2004.

**OBJECTION:**      **This request is overly broad, vague, ambiguous and not reasonably calculated to lead to discovery of admissible evidence.   Palomar**

further objects to the extent this request calls for documents protected by the attorney-client privilege, attorney work product doctrine and/or prepared in anticipation of litigation.

**RESPONSE:** Without waiving said objections, please see documents attached hereto as Exhibit 1.

4. Please produce the name, address, and phone number of any expert witness retained by you in the defense of this case.

**OBJECTION:** Palomar has not made a determination regarding which, if any, expert witnesses it intends to retain. This response will be supplemented when such a determination is made.

5. Please produce any and all documents, photographs, audio/video recordings, or other evidence obtained by you, whether or not such evidence is intended to be introduced at the trial of this cause.

**OBJECTION:** This request is overly broad, vague, ambiguous, and Plaintiff not reasonably calculated to lead to discovery of admissible evidence. Palomar further objects to the extent this request calls for documents protected by the attorney-client privilege, attorney work product doctrine and/or prepared in anticipation of litigation.

**RESPONSE:** Without waiving said objections, please see documents previously produced herein.

DATED this the _30_ day of December, 2005.

Palomar Insurance Corporation
By: Sonya Berryman
Its: claims manager

State of ___Alabama___ )
County of ___Montgmery___ )

BEFORE ME, a Notary Public in and for said County and State personally appeared Sonya Berryman, who is known to me, and who read and understands the foregoing Responses to Interrogatories and states that the facts therein are true and correct to the best of her knowledge and belief, and that in her capacity as claims manager with Palomar Insurance Corporation signed the forgoing document on the same bears date.

SWORN TO and subscribed before me on this the _30_ day of December 2005.

_Donna Mack_
NOTARY PUBLIC
My Commission Expires: 11/21/09

AS TO THE OBJECTIONS:

John W. Dodson            (DOD012)
Michelle L .Crunk         (CRU017)
*Attorneys for AIG d/b/a National Union Fire Insurance Company of Pittsburgh, Inc., Palomar Insurance Corporation, and Godwin Material Services, Inc.*

OF COUNSEL:
**FERGUSON, FROST & DODSON, LLP**
Post Office Box 430189
Birmingham, AL 35243-0189

Page 6 of 7

## CERTIFICATE OF SERVICE

This is to certify that on this the 3rd day of ~~December~~ January, 2006, a copy of the foregoing document has been served upon counsel for all parties to this proceeding by the following method:

      X          mailing the same by first-class United States mail, properly addressed and postage pre-paid

                     hand delivery

                     via facsimile

Arlene M. Richardson
RICHARDSON LEGAL CENTER, LLC
P.O. Box 971
Hayneville, Alabama 36040-0971

_Michelle L. Crunk_
OF COUNSEL

OF COUNSEL:
**FERGUSON FROST & DODSON, LLP**
Post Office Box 430189
Birmingham, AL 35243-0189

# EXHIBIT 1

Sonya,

I still haven't received a check yet, I know you said it was being process. Could you check in to it and see what is the hold up. It's been 5½ weeks since I turn in the paper work.

Thanks

Ollie Godwin

Fax No.
(334) 537-9506



**PALOMAR INSURANCE CORPORATION**
INSURANCE BROKERAGE & RISK MANAGEMENT CONSULTING

July 1, 2004

Mr. Ollie Godwin
656 Ottis Faulk Drive
Honorville, AL.   36042

Re:  Claim Forms

Dear Mr. Godwin,

Please complete the enclosed claim forms for consideration to be
given to your claim with regards to your accident on 10/7/03.

For Accident Medical Expenses or Accident Dismemberment or
Paralysis of the following needs to be fully completed by you:
**Section B of the Accident Medical Claim form.**   Please remember to
date and sign this form at the bottom.  Your medical bills will be
denied and will become your responsibility unless this form is
returned.

For Temporary, Total Disability Weekly Accident Indemnity benefits
you will need to _____ Occupational
Accident Disability _____ upational
Accident Cl_____ needs to
be completed _____ for making sure that _____ you will
be unable to _____ onto this form.  Pl_____ a copy of
your most recent 1099, or 3 month earnings statement. ____will need
this to tabulate any disability that you may be entitled to after
your 7 day waiting period.  If this injury was the result of a motor
vehicle accident AIG will require a copy of the police report.

Please send claims forms back to me as soon as possible in the
envelope provided.  You may also fax them to me @ 334-323-0585.  If
you have any questions my toll free number is 800-482-7394.

**\*This is not a guarantee of coverage and should not be construed as
one.**

Please call me if you have any questions or need any assistance with
the attached forms.

Yours truly,

PALOMAR SPECIAL RISK CLAIMS

Suzanne Adger

P.O. BOX 11126 • MONTGOMERY, ALABAMA 36111-0128 • 4325 EXECUTIVE PARK DRIVE • MONTGOMERY, ALABAMA 36116-1600
MAIN TEL: 334-270-0105 • BENEFITS FAX: 270-0540 • COMMERCIAL FAX: 270-8159 • PERSONAL FAX: 271-0499 • TRANSPORTATION FAX: 279-8067 • SPCL RISK FAX: 323-1319

**AIG Life Insurance Company**
**A&H Claims Department**
P. O. Box 15701
Wilmington, DE 19850-5701
800-551-0824/302-761-3700

| NAME OF GROUP: | GODWIN MATERIALS |
| POLICY NUMBER: | 8056434 |
| CLAIMANT: | Ollie Godwin |

## OCCUPATIONAL ACCIDENT MEDICAL CLAIM FORM

**INSTRUCTIONS:**
1.) You must have SECTION A fully completed by a designated official of the participating Organization.
2.) SECTION B to be completed, signed and dated by the Claimant.
3.) If claimant is treated by a doctor, SECTION C is to be completed, signed and dated by the Attending Physician or attach an itemized bill.
4.) If claimant is treated in the hospital, please attach an itemized hospital bill.
5.) Attach itemized bills for all medical expenses being claimed including the claimant's name, condition being treated (diagnosis), description of service, date of service(s) and the charge made for each service.
6.) Mail completed forms to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A- PARTICIPATING ORGANIZATION STATEMENT

NAME / ADDRESS OF PARTICIPATING ORGANIZATION

| CLAIMANT'S FULL NAME | | SOCIAL SECURITY NUMBER | DATE OF BIRTH | NAME OF SUPERVISOR |

| DATE OF INJURY: | WAS HE/SHE INJURED ON YOUR JOB? ☐ YES ☐ NO |

DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED

| DATE CLAIMANT WAS CONTRACTED: | EFFECTIVE DATE OF COVERAGE UNDER PLAN: | DATE COVERAGE TERMINATED (IF APPLICABLE) |

| PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE) | TITLE | DAYTIME TELEPHONE NUMBER ( ) |

| SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE | DATE |

### SECTION B- CLAIMANT'S STATEMENT

| CLAIMANT'S FULL NAME (PLEASE PRINT) | | SOCIAL SECURITY NUMBER |

| STREET ADDRESS | CITY | STATE | ZIP |

| DATE OF BIRTH | TELEPHONE ( ) |

GIVE FULL DESCRIPTION OF INJURY OR DISEASE FROM WHICH YOU ARE NOW SUFFERING. IF AN INJURY, TELL WHEN IT HAPPENED (DATE AND TIME, PLACE WHERE ACCIDENT OCCURRED, WHAT YOU WERE DOING AND HOW IT HAPPENED.

HAVE YOU EVER HAD THIS, OR A SIMILAR CONDITION IN THE PAST? ☐ YES ☐ NO.
IF YES, STATE THE NATURE OF THE CONDITION, DATES OF TREATMENT AND NAMES AND ADDRESSES OF TREATING DOCTORS, HOSPITALS AND CLINICS.

WHEN DID YOU FIRST CONSULT A PHYSICIAN FOR THIS CONDITION?

HOSPITALS (GIVE COMPLETE NAMES, ADDRESSES AND DATES OF CONFINEMENT.)

GIVE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF ALL ATTENDING PHYSICIANS.

GIVE NAME, ADDRESS AND TELEPHONE NUMBER OF USUAL FAMILY PHYSICIAN.

WHAT OTHER ACCIDENT, SICKNESS OR DISABILITY INSURANCE DO YOU CARRY AND WHAT OTHER ORGANIZATIONS OR COMPANIES HAVE PAID YOU BENEFITS FOR SICKNESS OR INJURY?

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

**AUTHORIZATION**

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company identified above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription of treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's medical or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For your protection, California law requires the following to appear on this form:
Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

SIGN YOUR FULL
NAME                                                            DATED:

AIG Life Insurance Company
A&H Claims Department
P. O. Box 15701
Wilmington, DE 19850-5701
800-551-0824/302-761-3700

| NAME OF GROUP: | GOODWIN |
|---|---|
| POLICY NUMBER: | 8056434 |
| CLAIMANT: | Ollie Godwin |

## OCCUPATIONAL ACCIDENT DISABILITY CLAIM FORM

INSTRUCTIONS:
1.) You must have SECTION A fully completed by a designated official of the Participating Organization.
2.) SECTION B is to be completed, signed and dated by the Attending Physician.
3.) SECTION C is to be completed, signed and dated by Claimant.
4.) Mail completed form to the address indicated above.

The furnishing of this form, or its acceptance by the Company, must not be construed as an admission of any liability on the Company, nor a waiver of any of the conditions of the insurance contract.

### SECTION A: PARTICIPATING ORGANIZATION STATEMENT FOR DISABILITY

NAME / ADDRESS OF PARTICIPATING ORGANIZATION

| CLAIMANT'S FULL NAME | SOCIAL SECURITY NUMBER | DATE OF BIRTH | NAME OF SUPERVISOR |
|---|---|---|---|
| | | | |

| DATE OF INJURY: | WAS HE/SHE INJURED ON YOUR JOB? ☐ YES ☐ NO | DESCRIBE HOW, WHEN AND WHERE ACCIDENT OCCURRED |
|---|---|---|

| DATE CLAIMANT WAS CONTRACTED: | EFFECTIVE DATE OF COVERAGE UNDER PLAN | DATE LAST WORKED: | TIME LAST WORKED: |
|---|---|---|---|

| DATE LOSS TIME STARTED: | WEEKLY EARNINGS (PLEASE INCLUDE PAYROLL RECORDS FOR THE 3 MONTH PERIOD PRECEDING LOSS DATE) |
|---|---|

| WILL CLAIMANT BE RECONTRACTED? ☐ YES ☐ NO | DATE RETURNED TO WORK: |
|---|---|

| PARTICIPATING ORGANIZATION REPRESENTATIVE (PLEASE PRINT OR TYPE) | TITLE | DAYTIME TELEPHONE NUMBER ( ) |
|---|---|---|

| SIGNATURE OF PARTICIPATING ORGANIZATION REPRESENTATIVE | DATE |
|---|---|

### SECTION B: ATTENDING PHYSICIAN'S STATEMENT FOR DISABILITY

PATIENT NAME AND ADDRESS:

WHEN DID SYMPTOMS FIRST APPEAR OR ACCIDENT HAPPEN?   DATE _____

IF ACCIDENT DESCRIBE, HOW, WHEN AND WHERE ACCIDENT OCCURRED:

DIAGNOSIS AND CONCURRENT CONDITIONS (IF FRACTURE OR DISLOCATION, DESCRIBE NATURE AND LOCATION):

IS CONDITION DUE TO AN INJURY OR SICKNESS ARISING OUT OF PATIENT'S EMPLOYMENT?   ☐ YES   ☐ NO

IF "YES," EXPLAIN.

WHEN DID PATIENT FIRST CONSULT YOU FOR THIS CONDITION?   DATE _____

HAS PATIENT EVER HAD THE SAME OR SIMILAR CONDITION?   ☐ YES   ☐ NO

IF "YES," STATE WHEN AND DESCRIBE:

NATURE AND DATE OF SURGICAL PROCEDURE, IF ANY (DESCRIBE FULLY):   DATE _____

PROVIDE DATES OF OTHER MEDICAL TREATMENT AND DESCRIBE:

WHAT OTHER SERVICES, IF ANY, DID YOU PROVIDE OR PRESCRIBE PATIENT? (PROVIDE DATES)

IS PATIENT STILL UNDER YOUR CARE FOR THIS CONDITION?   ☐ YES   ☐ NO

IF "NO," GIVE DATE YOUR SERVICES TERMINATED.   DATE: _____   ( DATES REQUIRED)

HOW LONG WAS OR WILL PATIENT BE CONTINUOUSLY TOTALLY DISABLED (UNABLE TO WORK)?   FROM: _____   TO: _____

HOW LONG WAS OR WILL PATIENT BE PARTIALLY DISABLED?   FROM: _____   TO: _____

IF PERMANENT PARTIAL DISABILITY, INDICATE PERCENTAGE OF IMPAIRMENT:

TO YOUR KNOWLEDGE, DOES PATIENT HAVE OTHER HEALTH INSURANCE OR HEALTH PLAN COVERAGE?   ☐ YES   ☐ NO

IF "YES" IDENTIFY.

| DATE | SIGNATURE (ATTENDING PHYSICIAN) | DEGREE | TELEPHONE ( ) |
|---|---|---|---|

| STREET ADDRESS | CITY OR TOWN | STATE OR PROVINCE | ZIP CODE |
|---|---|---|---|

SECTION OF CLAIMANT'S STATEMENT

| CLAIMANT'S FULL NAME (PLEASE PRINT) | | SOCIAL SECURITY NUMBER | |
|---|---|---|---|
| Street Address | City | State | Zip |
| Date Of Birth | Height And Weight | Marital Status | Telephone ( ) |
| Occupation | Duties | Monthly Earnings | Weekly Earnings |

| (1) | Give Full Description Of Injury Or Disease From Which You Are Now Suffering. If An Injury, Tell When It Happened (Date And Time), Place Where Accident Occurred, What You Were Doing And How It Happened. | |
|---|---|---|
| (2A) | Have You Ever Had This, Or A Similar Condition, In The Past? | ☐ Yes ☐ No |
| (B) | If yes, state the nature of the condition, dates of treatment and names and addresses of treating doctors, hospitals and clinics. | |
| (3A) | Give exact date when illness began, or injury occurred. | (A) Date: |
| (B) | When did you first consult a physician for this condition? | (B) Date: |
| (C) | When did you become totally disabled (unable to work)? | (C) Date: |
| (D) | When were you able to again perform part of your occupational duties? | (D) Date: |
| (E) | When were you able to again perform all of your occupational duties? | (E) Date: |
| (F) | If still totally disabled, when do you expect your disability to end? | (F) Date: |
| (4) | Hospitals (Give complete names, addresses and dates of confinement.) | |
| (5A) | Give names, addresses and telephone numbers of all attending physicians. | |
| (B) | Give name, address and telephone number of usual family physician. | |
| (6) | What other accident, sickness or disability insurance do you carry and what other organizations or companies have paid you benefits for sickness or injury? | |
| (7) | What other medical or surgical treatment has been received during the past 5 years? (Give dates, nature of illness or injury and names and addresses of all treating doctors, hospitals and clinics.) | |
| (8) | Names, addresses and telephone numbers of employers and length of employment with each? | |

I HEREBY CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

AUTHORIZATION

I, the undersigned authorize any hospital or other medical-care institution, physician or other medical professional, pharmacy, insurance support organization, governmental agency, group policyholder, insurance company, association, employer or benefit plan administrator to furnish to the Insurance Company named above or its representatives, any and all information with respect to any injury or sickness suffered by, the medical history of, or any consultation, prescription or treatment provided to, the person whose death, injury, sickness or loss is the basis of claim and copies of all of that person's hospital or medical records, including information relating to mental illness and use of drugs and alcohol, to determine eligibility for benefit payments under the Policy Number identified above. I authorize the group policyholder, employer or benefit plan administrator to provide the Insurance Company named above with financial and employment-related information. I understand that this authorization is valid for the term of coverage of the Policy identified above and that a copy of this authorization shall be considered as valid as the original. I understand that I or my authorized representative may request a copy of this authorization.

For claimants not residing in California, New York, or Pennsylvania: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

SIGN YOUR FULL NAME _____   DATED: _____



**PALOMAR INSURANCE CORPORATION**
Insurance Brokerage & Risk Management Consulting

July 1, 2004

Mr. Ollie Godwin
656 Ottis Faulk Drive
Honorville, AL. 36042

Mr. Godwin,

I have attached the letter that Godwin Materials sent on your behalf regarding your 1st injury in late October 2003. AIG will review this for Disability since Godwin confirmed that you were under dispatch at this time. I have to start an entirely new claim on you for this date of accident so I will need an exact date in October, and the city and state you were in at the time of injury. AIG will send you to complete a new set of claim forms attached for this new claim.

If you have any questions please feel free to contact me.

Thank you,

Suzanne Adger

PALOMAR SPECIAL RISK CLAIMS
800-482-7394

Cc; Godwin

*Godwin Material Service, Inc.*
*P.O. Box 12*
*Brantley, Alabama 36009*
*334-527-3540*

March 17, 2004

Marion Parker
Palomar Insurance Corporation
Benefits Department
P.O. Box 11128
Montgomery, Alabama 36111-0128

RE:   Patient Name: Ollie Godwin
      Patient Account No: A41000/A3CO000P
      Insured ID No: R040480009
      Claim No: 106142402
      Claim Office: 024
      Examiner Code: PGA
      Loss Date: 11/22/2003

Dear Marion:

This letter is confirming Ollie Godwin was tarping a load in late October of 2003 and Ollie slipped off tarp rack and hit his stomach. Ollie reported this verbally to Cindy Jordan, Godwin Material's Safety Director. Ollie remained in pain, but did not seek medical attention.

On November 22, 2003, Ollie was working on his truck and the muffler fell on Ollie's stomach in the same area as the October accident. Ollie received medical attention. This claim was reported to AIG.

AIG has agreed to pay as a non-occupational claim. This decision was based on their opinion that he was not under dispatch.

However, based on the first fact he was maintaining the truck at the direction of Godwin for DOT purposes. This was required before he could proceed again with a load. The second fact is the November accident was reoccurring from the October accident, where Ollie was clearly under dispatch. Therefore, based on these facts, we feel the claim should be paid as an occupational claim.

I will be glad to confirm these facts in any other manner AIG may deem necessary. Thank you in advance for your reconsideration of this matter.

Sincerely,

Cc: Ollie Godwin, 556 Ottis Faulk Drive, Honoraville, AL 36042

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 2:05-cv-00783-SRW |
| | )   From Circuit Court Crenshaw Co. |
| NATIONAL UNION FIRE INSURANCE | )   Case No: CV-05-69 |
| COMPANY OF PITTSBURGH, INC., et al., | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION PROPOUNDED BY DEFENDANT

**COMES NOW**, the Plaintiff, Ollie Godwin, by and through his attorney of record and

submits the following answers to the discovery propounded by the Defendant:

1.      Describe in detail any and all contact between you and the defendants regarding

policies 8056434 and 9056434 and any claims made thereunder.

**A.      Letters from Suzanne Adger (Palomar Ins.) and Stephanie Pines at the main**

**office. The letters were produced in Plaintiffs Initial disclosures.**

2.      Identify any and all documents you received from the defendants pertaining to

Policies 8056434 and 9056434 or any claims made thereunder.

**A.      All documents received from the defendants have been disclosed in Plaintiffs**

**initial disclosures and are self explanatory.**

3.      Describe in detail the nature and amount of damages alleged in your Complaint.

**A.      I should have received disability payments of $500.00 per week for six**

**months under the insurance policy while I was injured and recovering. The policy should**

have paid for my surgery and treatment therefore I am asking for the amount of my medical bills injury, mileage to and from treatment and other incidentals.

### November 2003 Medical Expenses

| | |
|---|---|
| Hernia Injury: | $12,315.50 |
| AIG paid: | 7500.00 |
| Balance owed: | 4815.50 |
| Incidentals: | 60.00 |
| | $4,875.00 |

Disability payments not made: 3,000.00

### October 2004 Medical Expenses

| | |
|---|---|
| Hip Injury | $36,590.00 |
| Prescriptions: | 97.46 |
| Medical Supply: | 144.55 |
| Incidentals | 525.00 |
| | $39,016.62 |

Disability payments not made:     26 weeks + 3 days =13,000.00

4.    Provide the names of any and all physicians you have seen in the last ten (10) years.

A.    Dr. Danny Hood, Dr. Norman McGowin, Dr. Kyhard Adams, Dr. Steven Barrington

5.    Provide the name, dates of policy and policy number for any health insurance you had in 2003 through the present.

A.    Blue Cross Blue Shield XAA887493378 (contract #) 05543 (group #) effective date 12/01/2003

Occupational Accident Insurance – Palomar Ins. Corp. TRK 805 6434 this policy was issued 17 or 18 years ago.

Occupational Accident Insurance –Philadelphia American Life Ins. Company #00001 Group # 0000571103, Issued 10/22/05 ( obtained after Palomar Ins. cancelled)

6.    Did you make any claims under the policy(ics) identified in the proceeding interrogatory?

**A.    I did make a claim for benefits with Blue Cross Blue Shield.**

7.    Identify each and every expert witness which you expect to call to testify in this case as well as

a)    the subject matter upon which said expert will testify;

b)    a summary of the expert's facts and opinions; and

c)    said expert's qualifications which you contend enable him or her to render opinions pertaining to matters in this case.

**A.    No determination of an expert has been made at this time.**

8.    Identify by name, address, and phone number any and all individuals who possess knowledge of discoverable information regarding the events described in your Complaint.

**A.    Dr. Barrington.**

**Steve Pritchle – 256-234-0461 Godwin Materials**

**Robert Watkins – 334-462-7233 Godwin Materials**

**Doug Sin – 1-800-624-6467 Godwin Materials**

**Cindy Jordan – 1-800-624-6467 Godwin Materials**

**Marilyn Godwin – 334-537-4978**

**Arnold Dunn –334- 365-7438**

Godwin immediate family members.

9. Identify by name, address, and phone number each and every relative living in Autauga, Barbour, Bullock, Butler, Chambers, Chilton, Coffee, Coosa, Covington, Crenshaw, Dale, Elmore, Geneva, Henry, Houston, Lee, Lowndes, Macon, Montgomery, Pike, Randolph, Russell, and Tallapoosa Counties.

A. Objection: This Interrogatory is unduly burdensome and not calculated to lead to discoverable evidence. Without waiving said objection the Plaintiff states as follows:

> John and Connie Wood 335-6737 Luverne, AL.
> Donnie and April Wood 335-4039 Luverne, AL
> Ben & Tracy Elmore unknown Autauga
> Elbert & Joanne McCarthy- 335-5718 Luverne, AL
> Walley & Janette Williams- unknown Luverne, AL\
> Jackie Godwin         - 335-3471 Luverne, AL
> Stafford & Hazel Stephens 335-3766 Rutledge, AL
> Elzora & Grady Stephens 335-3766, Rutledge, AL
> Margaret & David Penn- 537-9211 Honoraville, AL
> Eddie & Freddie Paulk – 537-4681 Honoraville, AL
> Woodrow & Faye Faye – 537-9506 Honoraville, AL
> Teresa Samply – unknown – Honoraville, AL
> John & Teresa Stovall – Honoraville, AL 537-4772
> Bryan Penn – unknown - Montgomery
> Mandy Penn – 537-9211 Honoraville, AL
> Michele & Tray Moseley 537-9311 Honoraville, AL
> Kim & Westley Boyd 537-4408 Highland Home, AL
> Tina & Ron McGough 537-4870 Honoraville, AL
> Brandie & Ollie Godwin Jr. 335-6902 Honoraville, AL
> Joey Godwin 537-9506 Honoraville, AL

Ann & Ken Stephens 537-4910 Panola, AL

Calvin & Michiele Stephens 335-2458 Luverne, AL.

Keith Stephens 335-4261 Luverne, AL

Danny & Angie Stephens 335-5215 Luverne, AL

Donnie & Wanda Stephens 335-3548

Mark & Karen Morgan 335-4262 Rutledge, AL

Russell Faulk 288-5867 Montgomery, AL

Robert Harris no phone Honoraville, AL

Robert Keith Sexton 537-4993 Honoraville, AL.

Kenneth & Stephanie Godwin unknown Coffee County

STATE OF ALABAMA  )

LOWNDES COUNTY  )

Personally appeared before me, the undersigned and Notary Public in and for the State of Alabama at Large, Ollie Godwin, being by me and first duly sworn, does depose and says that the statement contained in the foregoing complaint are true and correct.

**SUBSCRIBED AND SWORN TO** before me this ____ day of _____ 2006.

_____
Notary Public
My Commission Expires: _____

## REQUEST FOR PRODUCTION

1.  Produce any and all documents received from the defendants regarding Policies 8056434 and 9056434, benefits received therefrom, and claims made thereunder.

    **A.**    **All documents in my possession have been produced.**

2.  Produce any and all medical bills, statements, receipts, or other documents relating to the injuries fro which you made claims under Policies 8056434 and 9056434.

    **A.**    **All documents in my possession have been produced.**

3.    Produce any and all documents which you have provided to any expert(s), including but not limited to correspondence, any and all written documents said experts have created in relation to this matter, a summary of each opinion each such expert has reached or expects to render at trial, and a copy of the expert's curriculum vitae.

**A.    Objection: This Request for Production seeks material which is attorney work product and not discoverable. Without waiving this objection plaintiff states that no expert has been obtained at this time.**

4.    Produce all documents supporting any damages you are claiming in this case.

**A.    In addition to Rule 26 Disclosures see Exhibit 1.**

5.    To the extent not heretofore requested herein, produce any and all documents which you have consulted, reviewed, or relied upon in drafting responses to these interrogatories and Requests for Production.

**A.    Objection: This Request for Production seeks material which is privileged or attorney work product and not discoverable. Without waiving said objection all documents in the possession of the plaintiff have been produced.**

Respectfully submitted this $\underline{9}$ day of $\underline{Feb.}$ 2006.

Arlene M. Richardson, (RIC045)

**RICHARDSON LEGAL CENTER, LLC**
Attorney for the Plaintiff
Post Office Box 971
Hayneville, AL 36040
Telephone: (334) 548-5660
Fax: (561) 228-5810

## CERTIFICATE OF SERVICE

This is to certify that on this the $\underline{9}$ day of $\underline{\hspace{0.5in}}$ 2006 a copy of the foregoing document has been served upon counsel for all parties to this proceeding via United States Mail.

Michelle L. Crunk. Esq.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
P.O. Box 430189
Birmingham, AL 35243-0189

Arlene M. Richardson

## NON NEGOTIABLE

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
856 OTTIS FAULK DRIVE
HONORAVILLE                AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000080564340

Patient Name: OLLIE GODWIN
Patient Account Number: 84328
Insured ID Number: R043430028
Claim Number: A87730224
Claim Office: 024
Date Paid: 07/12/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code |
|---|---|---|---|---|---|---|---|---|---|---|
| ALA ORTHOP | 0509 050905 | 01 | 81 | 50.00 | 50.00 | | .00 | 000 | .00 | R2 |
| ALA ORTHOP | 0509 050905 | 01 | A7 | 75.00 | 75.00 | | .00 | 000 | .00 | R2 |
| ALA ORTHOP | 0509 050905 | 01 | A7 | 75.00 | 75.00 | | .00 | 000 | .00 | R2 |
| **Totals** | | | | **$200.00** | **$200.00** | | **$0.00** | | **$0.00** | |

Reduced Because of Other Insurance _____

Total Amount Paid This Claim _____

## Checks Issued

| Payee Name | Amount |
|---|---|
| | |
| | |
| | |

## Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY                        AL 36116

## Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

## Description of Benefit Codes

81 - PHYSICIAN VISIT
A7 - X-RAY

**Thank you for the opportunity to service this claim.**
**Please call (800)551-0824   with any questions you have.**

The AIG Life Companies, Accident and Health Claims Department, P.O.Box 15701,
Wilmington, DE 19850-5701



**BlueCross BlueShield**
**of Alabama**

An Independent Licensee of the
Blue Cross and Blue Shield Association.

450 Riverchase Parkway East
Birmingham, Alabama 35244-2858

# Claims Processed Report

THIS IS NOT A BILL.

Keep this summary for your records or
review at www.bcbsal.com

05543-000

OLLIE R. GODWIN
656 OTIS FAULK DR
HONORAVILLE,      AL 36042-3736

**Date:** AUGUST 4, 2005
**Contract Number:** XAA887493378
GODWIN MATERIAL SERVICES, INC.

Summary of Claim Number: 555-2081842

If you have questions about
this report, please call
1-800-292-8868.

Total charges for OLLIE  R. GODWIN:          $541.00
Amount paid to Provider:                     $33.60
You owe HAYNES AMBULANCE SERVICE:           $507.40
(This amount may have been paid at time of visit or may
 be covered by other insurance.)
You have met   $400.00 of your   $400.00 2005 deductible.

## Itemization

| Date of Service | Services | Submitted Charges | Eligible Charges | Noncovered Charges | Coverage Percentage | Copay | Deductible | Benefits Paid |
|---|---|---|---|---|---|---|---|---|
| 02/15/2005 | AMBULANCE SERVICE | $275.00 | $275.00 | | | | $275.00 | $0.00 |
| 02/15/2005 | AMBULANCE SERVICE | $266.00 | $152.00[1] | $114.00 | 80% | $8.40 | $110.00 | $53.60 |
| TOTALS | | $541.00 | $427.00 | $114.00 | | $8.40 | $385.00 | $53.60 |

[1] THE SUBMITTED CHARGE EXCEEDS THE ELIGIBLE CHARGE WHICH IS THE MAXIMUM ALLOWANCE FOR THIS SERVICE.

For Your Health
Exercise is an important aspect of a healthy lifestyle.
Visit www.bcbsal.com and select "For your Health Wellness Tools
'r You" to learn more about how exercise can improve your health.

**NON NEGOTIABLE**

PROC1A

# EXPLANATION OF BENEFITS

INSURED:

OLLIE GODWIN
856 OTTIS FAULK DRIVE
HONORAVILLE                    AL  36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No:  000090564340

Patient Name: OLLIE GODWIN
Patient Account Number: 10720739
Insured ID Number: R043430028
Claim Number: A97730227
Claim Office: 024
Date Paid: 08/23/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | 0607 060705 | 01 | 73 | 9,425.50 | 9,425.50 | | .00 | 000 | .00 | R2 |
| **Totals** | | | | $9,425.50 | $9,425.50 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____

Total Amount Paid This Claim _____

## Checks Issued

| Payee Name | Amount |
|---|---|
| | |

## Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY                    AL 36116

## Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

## Description of Benefit Codes

73 - ADD'L ACC EXP

**Thank you for the opportunity to service this claim.**
**Please call (800)551-0824   with any questions you have.**
The AIG Life Companies,Accident and Health Claims Department,P.O.Box 15701,
Wilmington,DE 19850-5701

IN THE AMOUNT OF                          ,387.00  PAYABLE TO
AMEDISYS OF MONTGOMERY
ALABAMA
11100 MEAD RD STE 300
BARON ROGUE                    LA  70816

# NON NEGOTIABLE

# EXPLANATION OF BENEFITS

PROC 14

INSURED:

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE              AL  36042

Policy Holder:  GODWIN MATERIALS, INC.
  Policy No:  000090584340

Patient Name: OLLIE GODWIN
Patient Account Number: W1000319
Insured ID Number: R043430028
Claim Number: A97730226
Claim Office: 024
Date Paid: 07/28/2005
Examiner Code: STT
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| AMEDISYS OF | 0323 032305 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| AMEDISYS OF | 0330 033005 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| AMEDISYS OF | 0406 040805 | 04 | 83 | 129.00 | | | 129.00 | 100 | 129.00 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Totals** | | | | $387.00 | | | $387.00 | | $387.00 | |

Reduced Because of Other Insurance

Total Amount Paid This Claim        $387.00

## Checks Issued

| Payee Name | Amount |
|---|---|
| AMEDISYS OF MONTGOMERY | $387.00 |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY                    AL  36116

## Description of Remark Codes*

## Description of Benefit Codes

83 - PHYS THERAPY

# Thank you for the opportunity to service this claim.
# Please call (800)551-0824   with any questions you have.

The AIG Life Companies,Accident and Health Claims Department,P.O.Box 15701,
Wilmington,DE 19850-5701

**NON NEGOTIABLE**

# EXPLANATION OF BENEFITS

**INSURED:**

OLLIE GODWIN
656 OTTIS FAULK DRIVE
HONORAVILLE          AL   36042

Policy Holder: GODWIN MATERIALS, INC.
Policy No: 000090584340

Patient Name: OLLIE GODWIN
Patient Account Number: 84328
Insured ID Number: R043430028
Claim Number: A97730225
Claim Office: 024
Date Paid: 07/14/2005
Examiner Code: SNP
Loss Date: 10/27/2004
RW

| Provider | Service From Thru | # Of SVC | Benefit Code | Total Charged | Non Covered | Deductible | Amount Considered | % | Amount Paid | Remark Code* |
|---|---|---|---|---|---|---|---|---|---|---|
| ALA ORTHOP | 0516 051605 | 01 | A7 | 740.00 | 740.00 | | .00 | 000 | .00 | R2 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **Totals** | | | | $740.00 | $740.00 | | $0.00 | | $0.00 | |

Reduced Because of Other Insurance _____

Total Amount Paid This Claim _____

## Checks Issued

| Payee Name | Amount |
|---|---|
| | |
| | |
| | |

### Broker/Agent

PALOMAR INSURANCE CORPORA
4525  EXECUTIVE PARK DR
MONTGOMERY                      AL  36116

## Description of Remark Codes*

R2-POLICY COVERS ACCIDENTS ONLY, SICKNESS NOT COVERED.

## Description of Benefit Codes

A7 - X-RAY

Thank you for the opportunity to service this claim.
Please call ( 800 )551-0824   with any questions you have.

The AIG Life Companies,Accident and Health Claims Department,P.O.Box 15701,
Wilmington,DE 19850-5701

64 Information Expires 12/22/2005

**SAM'S CLUB** (334) 277-5454
**Pharmacy** 1080 EASTERN BLVD.
MONTGOMERY, AL 36117 -0000                    $16.64

GODWIN, OLLIE                    11/28/2005    REFILL
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4411733    Ref # 3  QTY: 30  DAW: 0    DS: 30
NDC: 59762-3718-04    TRIAZOLAM 0.25MG    TAB GRE
ADAMS, KYNARD L                  NABP: 0129038
053323486387006999
BAL                    Patient Pay    $9.73

Ollie
11-28-05
Sleeping pill

Signature Required    Y
11/28/2005 11:14:24 AM

Page No : 1

GODWIN
OLLIE
658 OTISFAULK DR
HONORAVILLE, AL 36042
                  (334) 537-9508
11/28/2005    (334) 277-5454
RX: 4411733    REF = 3
BAL

Copay:        $9.73

---

**SAM'S CLUB** (334) 277-5454
**Pharmacy** 1080 EASTERN BLVD.
MONTGOMERY, AL 36117 -0000                    $16.64

GODWIN, OLLIE                    11/28/2005    REFILL
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4411733    Ref # 3  QTY: 30  DAW: 0    DS: 30
NDC: 59762-3718-04    TRIAZOLAM 0.25MG    TAB GRE
ADAMS, KYNARD L                  NABP: 0129038
053323486387006999
BAL                    Patient Pay    $9.73

GODWIN
OLLIE

OC# 955 923 883 576 592 384 107 659 238

4  79311 91550  9

Copay:    $9.73    TOTAL: $9.73

---

54 Information Expires 11/17/2006

**SAM'S CLUB** (334) 277-5454
**Pharmacy** 1080 EASTERN BLVD.
MONTGOMERY, AL 36117 -0000                    $16.64

GODWIN, OLLIE                    10/27/2005    REFILL
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4411733    Ref # 4  QTY: 30  DAW: 0    DS: 30
NDC: 59762-3718-04    TRIAZOLAM 0.25MG    TAB GRE
ADAMS, KYNARD L                  NABP: 0129038
053006042108005999
BAL                    Patient Pay    $9.73

Ollie
10-27-05
Sleeping pill

Signature Required    Y
10/27/2005 04:57:21 PM

Page No : 1

---

**SAM'S CLUB** (334) 277-5454
**Pharmacy** 1080 EASTERN BLVD.
MONTGOMERY, AL 36117 -0000                    $16.64

GODWIN, OLLIE                    10/27/2005    REFILL
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4411733    Ref # 4  QTY: 30  DAW: 0    DS: 30
NDC: 59762-3718-04    TRIAZOLAM 0.25MG    TAB GRE
ADAMS, KYNARD L                  NABP: 0129038
053006042108005999
BAL                    Patient Pay    $9.73

GODWIN
OLLIE
656 OTISFAULK DR
HONORAVILLE, AL 36042
                  (334) 537-9508
10/27/2005    (334) 277-5454
RX: 4411733    REF = 4
BAL

Copay:        $9.73

OC# 955 923 883 576 592 384 107 659 238

4  79311 87054  9

Copay:    $9.73    TOTAL: $9.73

Priority: Will Pickup

53 Information Expires 06/18/2006

| SAM'S CLUB | (334) 277-5454 | $13.88 |
| Pharmacy | 1080 EASTERN BLVD.<br>MONTGOMERY, AL 36117-0000 | |

GODWIN, MARILYN R.          07/14/2005      REFILL
656 OTIS FAULK DR  HONORAVILLE, AL 36042
RX: 4410731    Ref # 3   QTY: 30    DAW: 0      DS: 30
NDC: 59762-3718-04      TRIAZOLAM 0.25MG   TAB GRE
ADAMS, KYNARD L                      NABP: 0129038
051955705590002999
BAL                        Patient Pay      $9.73

**GODWIN MARILYN R.**

*Marilyn 7-14-05. Signed $11*

Signature Required   Y
07/14/2005 04:03:09 PM

Page No : 1

GODWIN
MARILYN R.
656 OTIS FAULK DR
HONORAVILLE, AL 36042
(334) 537-9506
07/14/2005    (334) 277-5454
RX: 4410731      REF = 3
BAL

OC# 955 923 883 576 592 384 107 659 238

4  79311 71875  9

Copay:   $9.73

TOTAL:   $9.73

Priority: Will Pick

---

| SAM'S CLUB | (334) 277-5454 | $13.88 |
| Pharmacy | 1080 EASTERN BLVD.<br>MONTGOMERY, AL 36117-0000 | |

GODWIN, MARILYN R.          07/14/2005      REFILL
656 OTIS FAULK DR  HONORAVILLE, AL 36042
RX: 4410731    Ref # 3   QTY: 30    DAW: 0      DS: 30
NDC: 59762-3718-04      TRIAZOLAM 0.25MG   TAB GRE
ADAMS, KYNARD L                      NABP: 0129038
051955705590002999
BAL                        Patient Pay      $9.73

---

44 Information Expires 12/16/2004

| SAM'S CLUB | (334) 277-5454 | $8.46 |
| Pharmacy | 1080 EASTERN BLVD.<br>MONTGOMERY, AL 36117-0000 | |

GODWIN, OLLIE          12/13/2004      NEW
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4409616    Ref # 0   QTY: 33    DAW: 0      DS: 5
NDC: 00406-0357-05      HYDROCO/APAP5-500MG TAB MAL
BARRINGTON, STEVE A                  NABP: 0129038
043486153208007999
BAL                        Patient Pay      $4.81

**GODWIN OLLIE**

*12-2004*
*Paid*

Signature Required   Y
12/13/2004 06.20.09 PM

Page No : 1 of 2

GODWIN
OLLIE
656 OTISFAULK DR
HONORAVILLE, AL 36042
(334) 537-9506
12/13/2004    (334) 277-5454
RX: 4409616      REF = 0
BAL

OC# 455 923 868 776 592 384 107 659 238

4  79311 43154  2

Copay:   $4.81

TOTAL:   $4.81

Priority: Dr Call In

---

| SAM'S CLUB | (334) 277-5454 | $8.46 |
| Pharmacy | 1080 EASTERN BLVD.<br>MONTGOMERY, AL 36117-0000 | |

GODWIN, OLLIE          12/13/2004      NEW
656 OTISFAULK DR  HONORAVILLE, AL 36042
RX: 4409616    Ref # 0   QTY: 33    DAW: 0      DS: 5
NDC: 00406-0357-05      HYDROCO/APAP5-500MG TAB MAL
BARRINGTON, STEVE A                  NABP: 0129038
043486153208007999
BAL                        Patient Pay      $4.81

# STATEMENT

MONTGOMERY ANESTHESIA ASSOC PC
PO BOX 934462
ATLANTA GA 31193-4462

SHOW AMOUNT
PAID HERE   $ _____

| (334)279-1450 | 12/06/05 | 66642 | 01 | 1065.00 |
|---|---|---|---|---|
| OFFICE PHONE NUMBER | CLOSING DATE | YOUR ACCOUNT NUMBER | PAGE NO | NEW BALANCE |

OLLIE GODWIN                                    175
656 OTIS FAULK DR
HONORAVILLE AL 36042

ldlldlldlllmdldddddlddldddllddlddlddddddl

MONTGOMERY ANESTHESIA ASSOC PC
PO BOX 934462
ATLANTA GA 31193-4462

ldllmdldldlllldmddlddlddlddllmdlddldddddll

NOTE:   Charges and payments not appearing on this
        statement will appear on next month's statement.        RETURN THIS PORTION WITH PAYMENT

CHARGES APPEARING ON THIS STATEMENT ARE **NOT** INCLUDED ON ANY HOSPITAL BILL OR STATEMENT

| DATE | DOCTOR NAME | EXPLANATION OF ACTIVITY | PATIENT NAME/ CLAIM ACTIVITY | CHARGES AND DEBITS | PAYMENTS AND CREDITS |
|---|---|---|---|---|---|
| | | SERVICES RENDERED | | | |
| 021005 | HARING | TOTAL HIP REPLACEMENT | OLLIE | 1140.00 | |
| 021005 | HARING | INJECT SPINE L/S (CD) | OLLIE | 525.00 | |
| 021605 | | BILLED:PALOMAR SPECIAL RISK | | | |
| 022105 | | BILLED:PALOMAR SPECIAL RISK | | | |
| 041805 | | BILLED:PALOMAR SPECIAL RISK | | | |
| 042505 | | BILLED:PALOMAR SPECIAL RISK | | | |
| 050405 | | BILLED:BLUE CROSS BLUE SHIE | | | |
| 062005 | | BILLED:BLUE CROSS BLUE SHIE | | | |
| 071105 | | BCBS ERA PAYMENT | | | 840.00- |
| 071105 | | BCBS ERA PAYMENT | | | 225.00- |
| 071105 | | BCBS ERA ADJ | | | 300.00- |
| 071105 | | BCBS ERA ADJ | | | 300.00- |
| 120605 | | RECOUPMENT | | 840.00 | |
| 120605 | | RECOUPMENT | | 225.00 | |
| 120605 | | BC RECOUPMENT | | 0.00 | |

IMPORTANT NOTE:   PAYMENT DUE IN FULL UPON RECEIPT OF
STATEMENT.
THIS BILL IS FOR PROFESSIONAL ANESTHESIA SERVICES.
THERE WILL BE A 026.00 ASSESSMENT FOR RETURNED CHECK FEES.

| STATEMENT CLOSING DATE 12/06/05 | | PLEASE INDICATE YOUR ACCOUNT NUMBER WHEN CALLING OUR OFFICE: | | | | | 66642 |
|---|---|---|---|---|---|---|---|
| BALANCE FORWARD | PAYMENTS & CREDITS | NEW CHARGES | BALANCE OVER 30 DAYS | BALANCE OVER 60 DAYS | BALANCE OVER 90 DAYS | BALANCE OVER 120 DAYS | NEW BALANCE PAY THIS AMOUNT |
| 0.00 | 1665.00- | 2730.00 | 0.00 | 0.00 | 1065.00 | 0.00 | 1065.00 |

SEND INQUIRIES TO
        (334)279-1450
        MONTGOMERY ANESTHESIA ASSOC PC
        PO BOX 934462
        ATLANTA GA 31193-4462

Case 2:05-cv-01173-RW  Document 23  Filed 03/03/2006  Page 6 of 17

--------------------------------------------------------------------------------

@ HOME MEDICAL, INC.
324 ST.LUKES DRIVE
MONTGOMERY, AL 36117

(334) 274-0088

--------------------------------------------------------------------------------

ACCOUNT  :  OLLIE R GODWIN                     PHONE:    (334) 537-'
            656 OTIS FAULK DRIVE               ACCT NO:  R00501596
            HONORAVILLE, AL 36042

--------------------------------------------------------------------------------

INVOICE    SERVICE   ITEM      DESCRIPTION                      AI
NUMBER     DATE                                                 (P
--------------------------------------------------------------------------------

01-022969  02/12/05  E0163     COMODE CHAIR STAT FA
01-022969  02/12/05  E0143     WALKER, FOLDING/WHEELED
                               W/O SEAT
01-022969  02/12/05  K0103     TRANSFER BOARD
--------------------------------------------------------------------------------

ACCOUNT BALANCE

INSURANCE COMPANY NAMES:
     PALAMA - PALAMAR SPECIAL RISK

          THE BALANCE SHOWN IS THE AMOUNT DUE FROM YC
          AT HOME MEDICAL, 324 ST LUKES DRIVE, MONTG'

Feb. 7. 2006  4:16PM  Allen M Richardson  No. 1933  P. 18

**FROM**

MULBERRY DIAGNOSTIC CENTER
2100 CHESTNUT STREET
MONTGOMERY       AL 36106

| BILLING DATE | BALANCE DUE | DUE DATE |
|---|---|---|
| 11-30-05 | 190.00 | 12-15-2005 |

| ACCOUNT NO. | AMOUNT PAID | YOUR CHECK NO. |
|---|---|---|
| 0101821 | | |

☐ CHECK HERE TO NOTE BILLING ADDRESS CHANGE ON REVERSE SIDE OF STUB.

**PLEASE DETACH THIS STUB AND RETURN REMITTANCE PORTION (LEFT) WITH YOUR PAYMENT**

**REMIT TO**

MULBERRY DIAGNOSTIC CENTER
2100 CHESTNUT STREET
MONTGOMERY       AL 36106

**BILLING TO**

OLLIE R GODWIN
656 OTIS FAULK DR
HONORAVILLE       AL   36042

*DETACH HERE AND RETURN WITH PAYMENT*

**MESSAGES**

IF PAYMENTS ARE BEING MADE REGULARLY DISREGARD
MESSAGE – 264-9729

**SERVICES SUMMARY**

------ Y o u r   R e s p o n s i b i l i t y ------

| Date | Patient/Check | Description | Provider | Amount |
|---|---|---|---|---|
| 10-31-05 | | Balance Forward From 10-31-05 | | 190.00 |

190.00

**BALANCE DUE ➤**

**ACCOUNT SUMMARY**

| BILLING DATE | ACCOUNT NO. | BALANCE DUE | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|
| 11-30-05 | 0101821 | 190.00 | 0.00 | 0.00 | 0.00 | 190.00 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OLLIE GODWIN, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CASE NO: 2:05-cv-00783-SRW |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | From Circuit Court of Crenshaw Co. |
| COMPANY OF PITTSBURGH, INC., | ) | Case No: CV05-69 |
| ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

### AFFIDAVIT OF DR. DANIEL W. MICHAEL

| | |
|---|---|
| STATE OF ALABAMA | ) |
| COUNTY OF JEFFERSON | ) |

My name is Dr. Daniel W. Michael. I am over the age of nineteen years and have personal knowledge of the facts set forth herein.

1. I am a medical doctor practicing in the State of Alabama. A copy of my curriculum vitae outlining my educational and professional background is attached hereto as Exhibit A.

2. I reviewed the medical records of Mr. Godwin subpoenaed in the course of the above-styled lawsuit as well as the x-rays and MRIs of Mr. Godwin maintained in Dr. Barrington's office.

3. The x-rays and MRIs reveal bilateral avascular necrosis of the hips – a disease process that was definitely present prior to Mr. Godwin's alleged injury on October 27, 2004.

4. Avascular necrosis is a disease resulting from loss of blood supply to the bones.

5. The first x-rays and MRIs I reviewed are dated early November 2004, and on review, there is apparent avascular necrosis of the left hip with no collapse of the femoral head. Although on the x-ray film the right hip appears normal, the MRI shows avascular necrosis in the right hip as well.

6.    Because of the normal time that it takes for avascular necrosis to develop, particularly to the point it had developed in his left hip, it is my opinion that there is no relationship between the alleged October 2004 accident and the onset and subsequent problems Mr. Godwin had in both hips from the avascular necrosis of the femoral heads.

Further affiant saith not:

_____
Dr. Daniel W. Michael

STATE OF ALABAMA              )
COUNTY OF JEFFERSON           )

BEFORE ME, the undersigned Notary Public in and for said County and State, personally appeared Dr. Daniel W. Michael, whose name is signed to the foregoing Affidavit, and who is known to me and who, being by me first duly sworn, on oath deposes and says that he has personal knowledge of the statements contained in the foregoing Affidavit and that they are true and correct.

SWORN TO and subscribed before me on this the 4th day of October, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 6/7/09

137388

ORTHOPEDIC SURGEONS, P.C.
9181 HIGHLAND AVENUE
SUITE 300
BIRMINGHAM, ALABAMA 05205

DANIEL W. MICHAEL M.D.

TELEPHONE
(906) 909-1000

## Daniel W. Michael, M. D.

### Curriculum Vitae

| | |
|---|---|
| Auburn University-B.S. Degree-Cum Laude | -1973 |
| University of Alabama, Birmingham-M.D. Degree | -1977 |
| Internship-Surgical-Carraway Methodist Medical Center | -1977-1978 |
| Residency-Orthopedic Surgery-Medical Center, University of Alabama | -1978-1982 |
| Private Practice | -1982-Present |
| Licensed by: Alabama State Board of Medical examiners | -1977 |
| Board Certified-American Board of Orthopedic Surgery | -1984 |
| Clinical Instructor, Div of Orthopedic Surgery University of Alabama in Birmingham | -1982-Present |
| Consultant, Kerner-Quarterback Sports Medicine Institute of Alabama, Birmingham, Alabama | -1982-Present |

## MEDICAL ORGANIZATIONS AND SOCIETIES:

Alabama Orthopedic Society, Inc.

American Medical Association

Medical Association of the State of Alabama

Jefferson County Medical Society

Jefferson County Orthopedic Surgical Society

Fellowship American College of Surgeons



EXHIBIT
A