**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                        TELEPHONE (334) 954-3600

November 14, 2006

# NOTICE OF CORRECTION

From:    Clerk's Office

**Case Style: Ollie Godwin v. Palomar Insurance Corporation, et al.
Case Number: 2:05-cv-783-SRW**

**Pleading : #32 - Response in Opposition to Motion for Summary Judgment**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 10/27/2006 with an incomplete pdf document attached as Exhibit 19 and Exhibit 7 containing an erroneous date.**

**The corrected pdf documents for Exhibits 7 and 19 are attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PLAINTIFF'S EXHIBIT 7

| | | |
|---|---|---|
| OLLIE GODWIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:05-cv-00783-SRW |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, INC., | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF OLLIE GODWIN

Before me the undersigned authority, a notary public in and for said State and County, personally appeared Ollie Godwin, who being by me duly sworn, deposes and says the following:

I have personal knowledge of the facts and circumstances pertaining to the above captioned lawsuit and I am over the age of nineteen years.

Part of my job in owning trucks leased exclusively to haul materials for Godwin Materials, Inc. is to make repairs of the vehicle if it breaks down during a work day. On November 22, 2003 I had made three deliveries when one of my trucks blew an exhaust pipe. In order to haul another load and be compliant with DOT regulations the muffler on the truck had to be replaced. My home and shop are about twenty five miles from where we were delivering rock to the Hyundai plant. I met the driver of the broken truck at my home shop and he took my truck to deliver the load. I took his truck and was going to fix the muffler and deliver his load. I took the truck to the shop at my home which was on the way to where we were delivering. While taking off the muffler I fell backward and the muffler landed on my stomach. I was injured as a result.

When an injury occurs while working for Godwin Materials, Inc. the procedure set out for making claims is to notify Cindy Jordon. Ms. Jordon is the person who gets the forms for us to take to the Doctor.

Cindy Jordon filled out the initial claim forms for my injuries. I filled out all the other forms and submitted them to the Doctor and NUFI as soon as reasonably possible.

During the year 2004 I had been working every week as usual. I did not have any pain or problem with my hip. I was getting out of my truck when I misjudged the distance between the step and the ground and fell. I thought I twisted my knee. I continued to work until approximately November 23, 2004.

After seeking medical treatment for the pain in my knee and hip, Dr. Barrington informed me that I had a disease, osteonecrosis, and that I would need a hip replacement. Until that day I did not know that I had a disease and had not suffered any symptoms of disease prior to my fall while stepping out of the truck.

**STATE OF ALABAMA** )

_Signature of Affiant_

**LOWNDES COUNTY** )

Personally appeared before me, the undersigned and Notary Public in and for the State of ALABAMA at Large, OLLIE GODWIN, being by me and first duly sworn, does depose and says that the statement contained in the foregoing affidavit is true and correct.

SUBSCRIBED AND SWORN TO before me this 26 day of Oct 2006.

Notary Public
My Commission Expires: 6-12-2009


PLAINTIFF'S EXHIBIT 7

*Godwin Material Service, Inc.*
*P.O. Box 12*
*Brantley, Alabama 36009*
*334-527-3540*

March 17, 2004

Marion Parker
Palomar Insurance Corporation
Benefits Department
P.O. Box 11128
Montgomery, Alabama 36111-0128

RE:   Patient Name: Ollie Godwin
      Patient Account No: A41000/A3CO000P
      Insured ID No: R040480009
      Claim No: I06142402
      Claim Office: 024
      Examiner Code: PGA
      Loss Date: 11/22/2003

Dear Marion:

This letter is confirming Ollie Godwin was tarping a load in late October of 2003 and Ollie slipped off tarp rack and hit his stomach. Ollie reported this verbally to Cindy Jordan, Godwin Material's Safety Director. Ollie remained in pain, but did not seek medical attention.

On November 22, 2003, Ollie was working on his truck and the muffler fell on Ollie's stomach in the same area as the October accident. Ollie received medical attention. This claim was reported to AIG.

AIG has agreed to pay as a non-occupational claim. This decision was based on their opinion that he was not under dispatch.

However, based on the first fact he was maintaining the truck at the direction of Godwin for DOT purposes. This was required before he could proceed again with a load. The second fact is the November accident was reoccurring from the October accident, where Ollie was clearly under dispatch. Therefore, based on these facts, we feel the claim should be paid as an occupational claim.

I will be glad to confirm these facts in any other manner AIG may deem necessary. Thank you in advance for your reconsideration of this matter.

Sincerely,

[signature]

Cc: Ollie Godwin, 556 Ottis Faulk Drive, Honoraville, AL 36042

PLAINTIFF'S EXHIBIT 19

Suzanne Adger

**From:** Gambino, Patricia [Patricia.Gambino@AIG.com]
**Sent:** Wednesday, March 24, 2004 2:35 PM
**To:** Suzanne Adger
**Subject:** RE: Fax/O Godwin/Godwin/TTD Status

Got it, I will review

Thanks, Pat

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Wednesday, March 24, 2004 3:17 PM
To: Patricia.Gambino@AIG.com
Subject: FW: Fax/O Godwin/Godwin/TTD Status

Pat try this.


Suzanne, nothing attached.
Thanks, PAt

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Monday, March 22, 2004 10:38 AM
To: Gambino, Patricia
Cc: Marion Parker
Subject: FW: Fax/O Godwin/Godwin/TTD Status
Importance: High

Pat, I have attached a letter from Godwin, as well as the earnings that were sent in that show he did work on 11-22-03 which is also his date of injury. Marion asked me to send this and ask if you would review for TTD.

Suzanne Adger
Palomar Insurance Corporation
Special Risk Occupational Accident
Claims Department
Phone: 800-482-7394
Fax: 334-323-0585
Email: Suzannea@palomarins.com

-----Original Message-----
From: Gambino, Patricia [mailto:Patricia.Gambino@AIG.com]
Sent: Wednesday, February 18, 2004 7:06 AM
To: Suzanne Adger
Subject: RE: Fax/O Godwin/Godwin/TTD Status

Good, however I miss read the max. The max for non occ is 7500.00. I do see he has other insurance so that should cover it.

PLAINTIFF'S EXHIBIT 19

Palomar 77

Thanks, Pat

-----Original Message-----
From: Suzanne Adger [mailto:SuzanneA@palomarins.com]
Sent: Tuesday, February 17, 2004 3:30 PM
To: Gambino, Patricia
Subject: RE: Fax/O Godwin/Godwin/TTD Status

Yes I also told him and noted in my file notes that there was a max limit. Thanks Pat.

Suzanne

-----Original Message-----
From: Gambino, Patricia [mailto:Patricia.Gambino@AIG.com]
Sent: Tuesday, February 17, 2004 1:35 PM
To: Suzanne Adger
Subject: FW: Fax/O Godwin/Godwin/TTD Status
Importance: High

Suzanne, Michele gave to me and I reviewed claim. Claim is non-occ. No disability due. I will pay the medical bills.

Pat

Palomar 78