**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **OLLIE GODWIN,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-cv-167-SRW** |
| | ) | |
| **NATIONAL UNION FIRE INSURANCE** | ) | |
| **COMPANY OF PITTSBURGH, INC.,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW the undersigned counsel, L. Jackson Young, Jr., of the law firm of

Ferguson, Frost & Dodson, LLP, hereby files his notice of appearance on behalf of Defendant

National Union Fire Insurance Company of Pittsburgh, Pa., and does hereby request to be served

on all further and future notices, pleadings, and orders in this matter at the following address:

> Ferguson, Frost & Dodson, LLP
> 2500 Acton Road, Suite 200
> Birmingham, Alabama 35243
> (205) 879-8722 – telephone
> (205) 879-8831 – telecopier
> E-Mail:  ljy@ffdlaw.com

/s/  L. Jackson  Young, Jr.
L. Jackson Young, Jr. (ASB-7946-G65L)
*Attorney for Defendant National Union Fire Insurance
Company of Pittsburgh, Pa.*

Of Counsel:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama  35243
205-879-8722 – telephone
205-879-8831 – telecopier

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 27th day of August, 2007, served a copy of the foregoing pleading electronically via CM/ECF system on the following counsel of record:

Arlene M. Richardson, Esq.
Post Office Box 6
Highland Home, Alabama 36041
arlawyer@mon-cre.net


/s/  L. Jackson  Young, Jr.
OF COUNSEL

152535

2