IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     CASE NO: 2:07-cv-167-SRW |
| | ) |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, INC., | ) |
| ET AL., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW Defendant National Union Fire Insurance Company of Pittsburgh, PA (hereinafter "NUFIC") and moves this Honorable Court for a postponement of the trial of this action, currently set for December 10, 2007, pending the resolution of NUFIC's motion for summary judgment, filed on October 6, 2006. In support hereof, NUFIC states as follows:

1. By Order dated March 30, 2007, the trial in this action is currently set for December 10, 2007.

2. The pretrial conference had been set for November 13, 2007. On November 8, 2007, the Court rescheduled the pretrial conference for November 26, 2007.

3. Pursuant to the March 30 Order, November 26 is also the date by which the parties' proposed voir dire, jury instructions, and verdict forms must be filed. Additionally, the parties must file motions in limine, along with supporting briefs, no

later than November 26. Responses to motions in limine, with supporting briefs, are due no later than December 3.

4.  Plaintiff asserts breach of contract and normal and abnormal bad faith claims against NUFIC. On October 6, 2006, NUFIC filed its motion for summary judgment requesting the dismissal with prejudice of all claims asserted against it in this action.

5.  Postponement of the trial pending resolution of NUFIC's motion for summary judgment would serve judicial economy and save the parties, in the event the Court grants NUFIC's motion in whole or in part, the significant expense of preparing and filing extensive and potentially unnecessary pretrial submissions.

6.  Undersigned counsel has discussed this matter and this motion with Plaintiff's counsel, who does not oppose this motion. Plaintiff's counsel stated she has a long-standing mediation in another action scheduled for November 26, apparently necessitating the postponement of the pretrial conference. Plaintiff's counsel indicated she intends therefore to file a separate motion to continue the pretrial conference.

WHEREFORE, PREMISES CONSIDERED, Defendant National Union Fire Insurance Company of Pittsburgh, PA respectfully requests that the Court modify its Uniform Scheduling Order as set forth above.

        Respectfully submitted,

        /s/ L. Jackson Young, Jr.
        John W. Dodson
        L. Jackson Young, Jr.
        Michelle L. Crunk
        *Attorneys for Defendant*

**Of Counsel:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road
Suite 200
Birmingham, Alabama 35243
(205) 879-8722 (telephone)
(205) 879-8831 (telecopier)

## CERTIFICATE OF SERVICE

    This is to certify that on this the __9th__ day of _____November_____, a copy of the foregoing document has been served upon counsel for all parties to this proceeding via CM/ECF e-filing:

Arlene M. Richardson, Esq.
RICHARDSON LEGAL CENTER, LLC
Post Office Box 6
Highland Home, Alabama  36041

        /s/ L. Jackson Young, Jr.
        Of Counsel

156029