IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:07-cv-167-SRW |
| ) | From Circuit Court Crenshaw Co. |
| NATIONAL UNION FIRE INSURANCE ) | Case No: CV-05-69 |
| COMPANY OF PITTSBURGH, INC., et al., ) | |
| ) | |
| Defendant. ) | |

### MOTION TO CONTINUE PRETRIAL CONFERENCE

**COMES NOW** the attorney for the Plaintiffs, Ollie Godwin, Arlene M. Richardson, and submits her Motion to Continue, and in support thereof, would show this Honorable Court as follows:

1. That a pretrial conference, in the instant case, is currently scheduled for November 26, 2007.

2. That Arlene M. Richardson has a conflict with the November 26, 2007 date in that she has a Court-Ordered Mediation set for November 26, 2007 in the case of Bottemiller v. Capital Const. Co., et al. Case Number CV-06-1313.

3. That the aforementioned mediation was previously ordered by the Montgomery County Circuit Court.

4. That the Defendants have filed a Motion To Continue the trial of the instant case, to which I am not opposed.

5. That a continuation will not prejudice any party to this action, nor disserve judicial economy.

**WHEREFORE PREMISES CONSIDERED,** the attorney for the Plaintiff prays that this Honorable Court GRANT her Motion For Continuance and RE-SET this cause for a new date and time.

Respectfully Submitted this 15th day of November 2007.

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 6
Highland Home, AL 36041
Telephone:   (334) 537-9011
Fax:   (561) 228-1085
E-mail: arlawyer@mon-cre.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle L. Crunk    mlc@ffdlaw.com
John W. Dodson    jwd@ffdlaw.com, amj@ffdlaw.com
L. Jackson Young, Jr.

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants: None

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 6
Highland Home, AL 36041
Telephone:   (334) 537-9011
Fax:   (561) 228-1085
E-mail: arlawyer@mon-cre.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been delivered to:

Michelle L. Crunk. Esq.
L. Jackson Young, Jr.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
P.O. Box 430189
Birmingham, AL 35243-0189

by placing the same in the United States Mail, postage prepaid and properly addressed on this the 15 day of November, 2007.

_____
Arlene M. Richardson