IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07cv167-WHA |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, INC., ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S FIRST MOTION IN LIMINE**

Plaintiff moves this Court to prohibit defense, and counsel for the defense from, in the presence of the jury, offering or soliciting any evidence or testimony, or making any statements, either directly or indirectly, regarding the matters specified below:

1.   Plaintiff's health insurance coverage with Blue Cross Blue Shield of Alabama.

Defendants have listed on their witness list two employees of Blue Cross Blue Shield of Alabama and plaintiff presumes that these witnesses will testify that Blue Cross Blue Shield has paid medical benefits thereby mitigating plaintiff's damages in this case.

The Plaintiff has an agreement to subrogate any medical costs paid by them to plaintiff's medical providers. Pursuant to Alabama Code § 6-5-545 (1975) evidence of payment or reimbursement to medical providers are not admissible as evidence if the Plaintiff provides proof that he is obligated to repay said expenses. Section 545(c) reads:

> Upon proof by the plaintiff to the court that the plaintiff is
> obligated to repay the medical or hospital expenses which
> have been or will be paid or reimbursed, no evidence

relating to such reimbursement or payment not otherwise admissible shall be admissible as a result of this division.

The Plaintiff will provide the court with his agreement to subrogate and thus defendants should not introduce into evidence of payment and should be prohibited from calling witnesses Takia Walker, Carmen Perkins, (listed on defendants witness list) or any other witness whose testimony relates to Blue Cross Blue Shield payments.

Respectfully submitted this the 11th day of January 2008.

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
P.O. Box 6
Highland Home, Alabama 36041
Telephone: (334) 537-9011
Fax: (561) 228-1085
E-mail: arlawyer@mon-cre.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle L. Crunk         mlc@ffdlaw.com
Leilus Jackson Young, Jr  ljy@ffdlaw.com

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants:

NONE

s/Arlene M. Richardson
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C.**
**Richardson Legal Center, L.L.C.**
P.O. Box 6
Highland Home, Alabama 36041
Telephone: (334) 537-9011
Fax: (561) 228-1085
E-mail: arlawyer@mon-cre.net