IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   2: 07cv167-SRW |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, INC., | ) |
| ET AL., | ) |
| | ) |
|     Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

    **COMES NOW** Ollie Godwin a plaintiff in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  **XX**   This party is an individual; or

  \_\_\_\_   This party is a governmental entity, or

  \_\_\_\_   There are no entities to be reported, or

  \_\_\_\_   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

Date:  January 14, 2008

                                         _____
                                         Counsel Signature

                                         _____
                                         Counsel for Ollie Godwin
                                         Richardson Legal Center, LLC
                                         P.O. Box 6
                                         Highland Home, AL 36041
                                         (334) 537-9011

## CERTIFICATE OF SERVICE

  I hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Michelle L. Crunk  mlc@ffdlaw.com
  Leilus Jackson Young , Jr *ljy@ffdlaw.com*

And certify that I have hereby mailed by United States Postal Service the document to the following non-CM/ECF participants:

  NONE
Respectfully submitted,


            **s/Arlene M. Richardson**
            Bar Number ASB 9452-I60A
            Attorney for the Plaintiff
            **Richardson Legal Center, L.L.C.**
            P.O. Box 6
            Highland Home, Alabama 36041
            Telephone: (334) 537-9011
            Fax: (334) 548-5661
            E-mail: arlawyer@mon-cre.net