## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:07cv167-WHA |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, INC., | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT TO CORRECT MISNOMER OR MISIDENTIFICATION

**COMES NOW** the Plaintiff, Ollie Godwin, and moves the Court to allow an amendment of the Complaint and in support thereof states as follows:

1. The defendants have asserted in their contentions in the pretrial order that due to the plaintiff incorrectly naming "AIG" and not AIG Life Insurance Company that Mr. Godwin's 2003 hernia claim is due to be dismissed against NUFIC.

2. For the reasons stated in plaintiffs Brief supporting this motion, plaintiffs assert that AIG Life Insurance Company has known of and defended against the claims against it since the institution of this litigation and will not be prejudiced by an amendment correcting its name.

**WHEREFORE**, plaintiff prays that this Court GRANT his motion for leave of court to amend the complaint and identify "AIG" by its correct name.

Respectfully submitted this the 29th day of January 2008.

        **s/Arlene M. Richardson**
        Bar Number ASB 9452-I60A
        Attorney for the Plaintiff
        **Richardson Legal Center, L.L.C.**
        P.O. Box 6
        Highland Home, Alabama 36041
        Telephone: (334) 537-9011
        Fax: (561) 228-1085
        E-mail: arlawyer@mon-cre.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michelle L. Crunk      mlc@ffdlaw.com
    Leilus Jackson Young, Jr    ljy@ffdlaw.com

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants:

    NONE

        **s/Arlene M. Richardson**
        Bar Number ASB 9452-I60A
        Attorney for the Plaintiff
        **Richardson Legal Center, L.L.C.**
        **Richardson Legal Center, L.L.C.**
        P.O. Box 6
        Highland Home, Alabama 36041
        Telephone: (334) 537-9011
        Fax: (561) 228-1085
        E-mail: arlawyer@mon-cre.net