IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

OLLIE GODWIN,                          )
                                       )
              Plaintiff,               )
                                       )
v.                                     )        CIVIL ACTION NO. 2:07cv167-SRW
                                       )                     (WO)
NATIONAL UNION FIRE                    )
INSURANCE COMPANY OF                   )
PITTSBURGH, INC.,                      )
                                       )
              Defendant.               )

## ORDER

Upon consideration of plaintiff motion for leave to amend complaint (Doc. # 27), filed January 29, 2008, and for good cause, it is

ORDERED that defendants file a response to the motion on or before close of business, Friday, February 1, 2008.

It is further ORDERED that the pretrial conference is rescheduled from January 28, 2008 to 10:00 a.m. on February 5, 2008 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done, this 29th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE