IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: 2:07-cv-167-SRW |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, INC., ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION TO RESCHEDULE PRETRIAL CONFERENCE**

COMES NOW Defendant National Union Fire Insurance Company of Pittsburgh, PA (hereinafter "NUFIC") and moves this Honorable Court to reschedule the pretrial conference, currently set for February 5, 2008, at 10:00 a.m., to February 7, 2008, at 10:00 a.m.  In support hereof, NUFIC states as follows:

1. By Order dated January 29, 2008, the pretrial conference in this action is currently set for February 5, 2008, at 10:00 a.m.

2. The pretrial conference had been set for January 28, 2008, but was continued by this Honorable Court due to a family emergency.  On January 29, 2008, the Court rescheduled the pretrial conference for February 5, 2008.

3. Attorneys for NUFIC have conflicts on the morning of February 5, 2008, due to previously scheduled court appearances in Tuscaloosa County and Cullman County courts.

4.      Counsel for Plaintiff consents to the rescheduling and is also available on February 7, 2008, at 10:00 a.m.

WHEREFORE, PREMISES CONSIDERED, Defendant National Union Fire Insurance Company of Pittsburgh, PA respectfully requests that this Honorable Court reschedule the pretrial conference to February 7, 2008, at 10:00 a.m. as set forth above.

Respectfully submitted,

/s/ L. Jackson Young, Jr.
John W. Dodson
L. Jackson Young, Jr.
Michelle L. Crunk
*Attorneys for Defendant*

**Of Counsel:**
FERGUSON, FROST & DODSON, LLP
2500 Acton Road
Suite 200
Birmingham, Alabama 35243
(205) 879-8722 (telephone)
(205) 879-8831 (telecopier)

**CERTIFICATE OF SERVICE**

This is to certify that on this the 30th day of January, 2008 a copy of the foregoing document has been served upon counsel for all parties to this proceeding via CM/ECF e-filing:

Arlene M. Richardson, Esq.
RICHARDSON LEGAL CENTER, LLC
Post Office Box 6
Highland Home, Alabama  36041

/s/ L. Jackson Young, Jr.
Of Counsel

158861

2