IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv167-SRW |
| | ) |
| NATIONAL UNION FIRE | ) |
| INSURANCE COMPANY OF | ) |
| PITTSBURGH, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of defendants' unopposed motion to reschedule pretrial conference (Doc. # 30), filed January 30, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The pretrial conference previously scheduled for February 5, 2008 be and hereby is rescheduled to 10:00 a.m. on February 7, 2008.

Done, this 31st day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE