IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OLLIE GODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv167-SRW |
| | ) | |
| NATIONAL UNION FIRE | ) | |
| INSURANCE COMPANY | ) | |
| OF PITTSBURGH, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For good cause, it is

ORDERED that a mediation conference is scheduled for February 13, 2008 at 10:00 a.m. before Magistrate Judge Wallace Capel in courtroom 5-A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 12th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE