**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| OLLIE GODWIN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO: 2:07-cv-167-SRW |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, INC., ) | |
| *ET AL.*, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

**DEFENDANT'S MOTION TO RECONSIDER**

COMES NOW Defendant National Union Fire Insurance Company of Pittsburgh, PA (hereinafter "NUFIC") and hereby moves the Court for reconsideration of its November 28, 2007 Memorandum Opinion and Order denying NUFIC's motion for summary judgment on Plaintiff Ollie Godwin's ("Plaintiff") claim for breach of contract with respect to his 2004 hip claim. In support hereof, NUFIC states as follows:

1. At the February 7, 2008 pretrial conference, Plaintiff conceded on the record he does not have and cannot obtain the requisite expert medical testimony to establish his breach of contract claim regarding the 2004 hip claim—specifically, that his hip surgery resulted from an occupational accident, directly and independently of all other causes.

2. Consequently, NUFIC's motion for summary judgment on this claim is due to be granted. *See Black-Gammons v. Zurich America Ins. Co.*, 2006 WL 47503, *3-4 (M.D. Ala. Jan. 9, 2006) ("In sum, Zurich America has produced evidence that Black-Gammons is ineligible for benefits under the clear terms

of the insurance policy, and Black-Gammons has failed entirely to come forward with any argument, much less any specific facts, showing that summary judgment should not be granted on her breach of contract claim. *See Fitzpatrick*, 2 F.3d at 1115-16 ('For issues . . . on which the non-movant would bear the burden of proof at trial, . . . the moving party [for summary judgment] simply may show[ ]—that is, point [ ] out to the district court—that there is an absence of evidence to support the non-moving party's case.') (citations and quotation marks omitted). Black-Gammons has failed to meet her burden, and summary judgment is granted in favor of Zurich America on the breach-of-contract claim.").

WHEREFORE, PREMISES CONSIDERED, NUFIC respectfully requests the Court to reconsider its Memorandum Opinion and Order denying NUFIC's motion for summary judgment regarding Plaintiff's claim for breach of contract with respect to his 2004 hip claim.

        Respectfully submitted,

        /s/ L. Jackson Young, Jr.
        John W. Dodson
        L. Jackson Young, Jr.
        *Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.*

OF COUNSEL:
**FERGUSON, FROST & DODSON, LLP**
2500 Acton Road, Suite 200
Post Office Box 430189
Birmingham, Alabama 35243-0189
205-879-8722 - telephone
205-879-8831 - telecopier

**CERTIFICATE OF SERVICE**

This is to certify that on this the 12th day of February, a copy of the foregoing document has been served upon counsel for all parties to this proceeding via CM/ECF e-filing:

Arlene M. Richardson, Esq.
RICHARDSON LEGAL CENTER, LLC
Post Office Box 971
Hayneville, Alabama 36040-0971

/s/ L. Jackson Young, Jr.
OF COUNSEL

159493

3