IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:07cv167-WHA |
| NATIONAL UNION FIRE INSURANCE | ) |
| COMPANY OF PITTSBURGH, INC., | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO MOTION TO RECONSIDER**

**COMES NOW**, the plaintiff and responds to Defendant NUFIC's Motion to Reconsider as follows:

1.      On February 7, 2008 during the pre-trial conference, plaintiff conceded that he would not produce a medical expert on the issue of causation of the collapse of his left hip and the resulting surgery. Plaintiff explained to the Court that the plaintiff would testify concerning his personal knowledge of the symptoms he experienced due to his medical condition.

Respectfully Submitted this the 12th day of February 2008.

> **s/Arlene M. Richardson**
> Bar Number ASB 9452-I60A
> Attorney for the Plaintiff
> **Richardson Legal Center, L.L.C**.
> P.O. Box 6
> Highland Home, Alabama 36041
> Telephone: (334) 537-9011
> Fax: (561) 228-1085
> E-mail: arlawyer@mon-cre.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle L. Crunk        mlc@ffdlaw.com
Leilus Jackson Young , Jr    ljy@ffdlaw.com

and I certify that I have hereby mailed by U.S. Postal Service the document to the following non CM/ECF participants:

NONE

**s/Arlene M. Richardson**
Bar Number ASB 9452-I60A
Attorney for the Plaintiff
**Richardson Legal Center, L.L.C**.
**Richardson Legal Center, L.L.C**.
P.O. Box 6
Highland Home, Alabama 36041
Telephone: (334) 537-9011
Fax: (561) 228-1085
E-mail: arlawyer@mon-cre.net