IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| OLLIE GODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv167-SRW |
| | ) | |
| NATIONAL UNION FIRE | ) | |
| INSURANCE COMPANY | ) | |
| OF PITTSBURGH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon notification by the parties that they have reached a settlement in this matter, and for good cause, it is

ORDERED that on or before March 5, 2008, the parties shall file a joint stipulation of dismissal or other appropriate pleadings.

It is further ORDERED that the trial of this matter presently scheduled for February 25, 2008 is CONTINUED generally.

DONE, this 20th day of February, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE