IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLLIE GODWIN, | ) |
| PLAINTIFF, | ) ) ) |
| v. | ) CASE NO: 2:07-cv-167-SRW |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, INC., ET AL., | ) ) ) ) ) |
| DEFENDANTS. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Ollie Godwin ("Godwin") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by and through their respective counsel, and jointly stipulate this Honorable Court may enter an Order dismissing with prejudice all remaining claims asserted by Godwin against National Union in this action, with costs taxed as paid.

Date: 3/5/08

Arlene M. Richardson
RICHARDSON LEGAL CENTER
Post Office Box 6
Highland Home, Alabama 36041
arlawyer@mon-cre.net
*Attorney for Plaintiff*

Date: March 5, 2008

John W. Dodson        (ASB-1252-O40T)
Michelle L. Crunk     (ASB-2967-171C)
L. Jackson Young, Jr. (ASB-7946-G65L)
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa.*

{W0184079.1}